UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**TERRI HUSTON,**

      **Plaintiff,**

  v.                                  Case No. 15-13090

**MADISON NATIONAL LIFE**
**INSURANCE COMPANY, INC.,**      Honorable Matthew F. Leitman

      **Defendant.**

_____

| | |
|---|---|
| PATRICK J. DERKACZ (P48988) | SETH. D. GOULD (P45465) |
| Serafini, Michalowski, Derkacz & Assoc., P.C. | Wienner & Gould, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 44444 Mound Rd., Ste. 100 | 950 W. University Dr., Ste. 350 |
| Sterling Heights, MI 48314 | Rochester, MI 48307 |
| (586) 264-3756 | (248) 841-9400 |
| | |
| | Emily M. Feinstein |
| | Quarles & Brady LLP |
| | *Attorneys for Defendant* |
| | 33 E. Main St., Suite 900 |
| | Madison, WI  53703-3095 |
| | (608) 251-5000 |

**STIPULATION AND ORDER FOR DISMISSAL**
_____

     IT IS HEREBY STIPULATED AND AGREED, by and between the above-referenced parties, and their attorneys, that all claims asserted be dismissed with prejudice and without costs to any party.

STIPULATED AND AGREED:

/s/ Patrick J. Derkacz *(w/consent)*
PATRICK J. DERKACZ (P48988
Serafini, Michalowski, Derkacz & Associates, P.C.
*Attorneys for Plaintiff*
44444 Mound Rd., Ste. 100
Sterling Heights, MI 48314
(586) 264-3756

/s/ Seth D. Gould
SETH. D. GOULD (P45465)
Wienner & Gould, P.C.
*Attorneys for Defendant*
950 W. University Dr., Ste. 350
Rochester, MI 48307
(248) 841-9400

/s/ Emily M. Feinstein
Emily M. Feinstein (WI 1037924)
Quarles & Brady LLP
*Attorneys for Defendant*
33 E. Main St., Suite 900
Madison, WI  53703-3095
(608) 251-5000