UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI HUSTON,

      Plaintiff,                                  Case No. 15-cv-13090
                                                Hon. Matthew F. Leitman

v.

MADISON NATIONAL LIFE
INSURANCE COMPANY, INCORPORATED,

      Defendant.
_____

## ORDER FOR DISMISSAL
_____

This matter having come before the Court upon the stipulation of Terri Huston ("Plaintiff") and Madison National Life Insurance Company, Inc. ("Defendant") the Court having reviewed the stipulation and being fully advised in the matter:

**IT IS HEREBY ORDERED BY THE UNDERSIGNED**, upon stipulation of the parties, that the above-captioned matter be dismissed with prejudice and without costs to any party.  This is the final order that closes the lawsuit.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113